# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

SHERRY CRUZ,                                          )
INDIVIDUALLY AND ON BEHALF OF                         )
ALL OTHERS SIMILARLY SITUATED,                        )
                                                      )     Case No.: 3:21-cv-3168
    *Plaintiffs*,                 )
                                                      )     Judge: Sue E. Myerscough
v.                                                    )
                                                      )     Magistrate: Tom Schanzle-Haskin
ZENNI OPTICAL, INC.,                                  )
                                                      )
    *Defendant.*                  )

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Sherry Cruz, voluntarily dismisses this action without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A). Neither an answer nor a motion for summary judgment has been filed by Defendant, making this mechanism for voluntary dismissal without prejudice appropriate.

Dated: October 20, 2021                    Respectfully submitted,

                                           By: */s/ Brandon M. Wise*
                                           Brandon M. Wise – #6319580
                                           Paul A. Lesko - #6288806
                                           Adam Florek - #6320615
                                           **PEIFFER WOLF CARR KANE & CONWAY, APLC**
                                           818 Lafayette Ave., Floor 2
                                           St. Louis, Missouri 63104
                                           314.833.4825
                                           bwise@peifferwolf.com
                                           plesko@peifferwolf.com
                                           aflorek@peifferwolf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2021, a true and accurate copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF e-filing system. Said system will provide notice and allow access to all counsel of record.

/s/ Brandon M. Wise